1  AARON D. FORD
   Attorney General
2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-4070 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov gov

7  *Attorneys for Defendant*
   *Calvin Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN R.F. KERN, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-00467-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Stephen Kern, by and through counsel, Akke Levin, Esq., and Defendant, Calvin Johnson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 28th day of June, 2024.　　　　DATED this 28th day of June, 2024.

AARON D. FORD
Attorney General

　/s/  Samuel L. Pezone Jr.　　　　　　　　　/s/  Akke Levin
SAMUEL L. PEZONE JR. (Bar No.15978)　AKKE LEVIN, ESQ. (Bar No. 9102)
555 E. Washington Avenue, Suite 3900　10845 Griffith Peak Drive, Suite 600, Las
Las Vegas, NV 89101　　　　　　　　　　Vegas, NV 89135
*Attorneys for Defendant Calvin Johnson*　*Attorney for Plaintiff*

IT IS HEREBY ORDERED.

DATE: 07/15/2024　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE